IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

HAPAG-LLOYD AG, )
)
    Plaintiff, )
)
v. ) CASE NO. CV414-133
)
FLAMINGO FOOD & BEVERAGE, INC., )
)
    Defendant. )
)

## O R D E R

Before the Court is the parties' Joint Motion for Dismissal With Prejudice. (Doc. 14.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), a plaintiff may dismiss an action by filing "a stipulation of dismissal signed by all parties who have appeared." As requested, Plaintiff's claim against Defendant is **DISMISSED WITH PREJUDICE**. Each party in this action shall bear its own costs and attorney fees. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 2ND day of October 2014.

                        WILLIAM T. MOORE, JR.
                        UNITED STATES DISTRICT COURT
                        SOUTHERN DISTRICT OF GEORGIA